IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Terri A

Printed: 01/29/09

Case Number: 05 B 37969
Judge: Wedoff, Eugene R
Filed: 9/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: January 9, 2009
Confirmed: November 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 84,512.00 |  |
| Secured: |  | 41,385.64 |
| Unsecured: |  | 35,581.89 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,900.00 |
| Trustee Fee: |  | 4,635.73 |
| Other Funds: |  | 1,008.74 |
| Totals: | 84,512.00 | 84,512.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,900.00 | 1,900.00 |
| 2. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial | Secured | 0.00 | 0.00 |
| 4. | NCB FSB | Secured | 38,418.64 | 38,418.64 |
| 5. | NCB FSB | Secured | 2,967.00 | 2,967.00 |
| 6. | World Financial Network Nat'l | Unsecured | 1,488.33 | 1,488.33 |
| 7. | Lord & Taylor | Unsecured | 152.98 | 152.98 |
| 8. | ECast Settlement Corp | Unsecured | 3,281.95 | 3,281.95 |
| 9. | American Express | Unsecured | 612.06 | 612.06 |
| 10. | Target National Bank | Unsecured | 332.77 | 332.77 |
| 11. | American Express | Unsecured | 12,655.39 | 12,655.39 |
| 12. | Capital One | Unsecured | 5,238.64 | 5,238.64 |
| 13. | Specialized Management Consultants | Unsecured | 511.56 | 511.56 |
| 14. | American Express Travel Relate | Unsecured | 1,393.77 | 1,393.77 |
| 15. | Resurgent Capital Services | Unsecured | 3,165.07 | 3,165.07 |
| 16. | Internal Revenue Service | Unsecured | 6,749.37 | 6,749.37 |
| 17. | Retailers National Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 78,867.53 | $ 78,867.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Johnson, Terri A

Printed: 01/29/09

Case Number:  05 B 37969
Judge:  Wedoff, Eugene R
Filed:  9/16/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 975.43 |
| 5% | 334.14 |
| 4.8% | 642.02 |
| 5.4% | 1,441.71 |
| 6.5% | 798.19 |
| 6.6% | 444.24 |
| | $ 4,635.73 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

